(August 7, 1987)

■ Capasso v Capasso.—On motions of the parties, the judgment of the Supreme Court, New York County, entered on December 18, 1985, and the findings in support thereof, are modified as indicated in the order of this court, and to the extent not modified, they are affirmed, without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Wallach, JJ.